Vanessa R. Waldref
United States Attorney
Eastern District of Washington
David M. Herzog
Lisa M. Cartier-Giroux
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:23-CR-00113-RMP-1 |
| Plaintiff, | UNITED STATES' NOTICE OF REVIEW OF PSIR |
| v. | |
| JOHNATHAN LESLIE ALLEN (a/k/a "Ghost"), | |
| Defendant. | |

    Plaintiff United States of America, by and through Vanessa R. Waldref, United States Attorney the Eastern District of Washington, and David M. Herzog and Lisa M. Cartier-Giroux, Assistant United States Attorneys, hereby gives notice that the United States has reviewed the Presentence Investigation Report ("PSIR") with regard to Defendant Johnathan Leslie Allen (ECF No. 124) and has no objections. The United States anticipates filing a substantive sentencing position in accordance with this Court's sentencing orders, and reserves the right to oppose and/or answer Defendant's objections as appropriate.

United States' Notice of PSIR Review – Allen – 1

With regard to the information presented in paragraphs 61-66 of the PSIR, involving the review of approximately three months' worth of Defendant's Facebook records by investigators with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), the United States does not anticipate seeking an upward variance from the properly-calculated Guidelines range of 235-293 months. The United States does anticipate arguing that the information contained in those paragraphs, along with other information from Defendant's Facebook account and other relevant factors, are part of the justification for a sentence of 293 months.

Dated: January 16, 2024

Vanessa R. Waldref
United States Attorney

*s/ David M. Herzog*
David M. Herzog
Assistant United States Attorney

United States' Notice of PSIR Review – Allen – 2

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to Defendant's counsel of record using the CM/ECF system.

*s/ David M. Herzog*
David M. Herzog
Assistant United States Attorney

Certificate of Service – 1